UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICA BETTS, STEPHANIE LEWIS,
DARRIN WHITEHEAD, LAVEARN
THOMAS, DARREL AMOUR and  Case No.  02-73435
NICOLA BARNES,

        Plaintiffs,  District Judge Julian Abele Cook, Jr.
  Magistrate Judge R. Steven Whalen

v.

COSTCO WHOLESALE CORPORATION,

        Defendant.

_____/

**ORDER**

Before the Court is Defendant's Motion to Bar Plaintiffs from Presenting Evidence of Actual Damages or, Alternatively, to Compel Plaintiffs to Supplement Their Interrogatory Answers [Docket #73].  For the reasons and under the terms stated on the record on March 14, 2006,

IT IS ORDERED that Defendant's request to bar Plaintiffs from presenting evidence on damages is DENIED.

IT IS FURTHER ORDERED that Defendant's request to compel supplemental responses to interrogatories is GRANTED.  Within 14 days of the date of this Order, Plaintiffs will provide supplemental answers to the extent that they have knowledge of responsive information that has not been provided.

                                                   S/R. Steven Whalen
                                                   R. STEVEN WHALEN
                                                   UNITED STATES MAGISTRATE JUDGE

Dated: March 14, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 14, 2006.

                                                   S/Gina Wilson
                                                 Judicial Assistant